**MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**
A Professional Corporation
2453 Grand Canal Blvd., Second Floor
Stockton, CA 95207
Telephone (209)477-3833
Facsimile (209)473-4818
JOSEPH A. SALAZAR, JR.
CA State Bar No. 169551

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SHEWBRIDGE,<br><br>          Plaintiff,<br><br>     v.<br><br>EL DORADO IRRIGATION DISTRICT, a municipal corporation, ANE DEISTER, DAVID POWELL, THOMAS CUMPSTON, GEORGE WHEELDON, GEORGE OSBORNE, individuals, and Does 1 though 50, inclusive<br><br>          Defendants. | Case No. 2:05 CV 00740 FCD PAN<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT; ORDER** |

WHEREAS, Plaintiff has agreed to an extension of time for Defendants to file and serve responsive pleadings to the Complaint in the above entitled action up to and including July 5, 2005.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, pursuant to Rule 6-144(a) of the Civil Local Rules of this Court, that the time for Defendants to file and serve responsive pleadings to the Complaint is extended to and including July 5, 2005.

SO STIPULATED:

DATED: June 14, 2005

                         s/Stephen F. Henry                    .
                         Stephen F. Henry
                         Attorneys for Plaintiff

STIPULATION EXTENDING TIME TO RESPOND;
NO. 2:05 CV 00740 FCD PAN

DATED:  June 14, 2005

**MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**

s/Joseph A. Salazar, Jr.
Joseph A. Salazar, Jr.
Attorneys for Defendants
El Dorado Irrigation District, Ane Deister, David Powell, Thomas Cumpston, George Wheeldon, and George Osborne

### ORDER

Based on the foregoing Stipulation, and good cause existing therefore, Defendants shall file their responsive pleading to the Complaint on or before July 5, 2005.

DATED:_June 16, 2005          /s/ Frank C. Damrell Jr          .

HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE