**JOSEPH A. SALAZAR, JR., SBN: 169551**
**SEAN D. RICHMOND, SBN: 210138**
**YAMIN T. MAUNG, SBN: 253538**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2850 Gateway Oaks, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SHEWBRIDGE, an individual, | CASE NO. CIV.S-05-00740 FCD EFB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ALLOW PREVAILING PARTY TO FILE COST BILL BEYOND STATUTORY PERIOD** |
| EL DORADO IRRIGATION DISTRICT, a municipal corporation, ANE DEISTER, DAVID POWELL, THOMAS CUMPSTON, GEORGE WHEELDON, GEORGE OSBORNE, individuals, and Does 1 through 50, inclusive,, | |
| Defendants. | |

Whereas, this matter came on for trial beginning on October 28, 2008.

Whereas, the jury found for a defense verdict on December 10, 2008.

Whereas, judgment was entered in favor of defendants on December 11, 2008.

Whereas, defense counsel's previous law firm, Mayall Hurley Knutsen Smith & Green did not provide costs incurred in this matter until December 23, 2008.

**IT IS HEREBY AGREED** by and among the parties (through their respective counsel) that good cause exists to permit defendants to submit their cost

bill as the prevailing party in this matter beyond the ten (10) day period after entry of judgment pursuant to Federal Rule of Civil Procedure 54-292.

DATED: December 31, 2008.

/s/ Stephen F. Henry

_____
STEPHEN F. HENRY, Attorneys
for Plaintiff SCOTT SHEWBRIDGE

DATED: December 31, 2008.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Joseph A. Salazar, Jr.

_____
JOSEPH A. SALAZAR, JR.
Attorneys for Defendants

## ORDER

**GOOD CAUSE APPEARING THEREFOR**, it is hereby ordered that defendants be permitted to file their cost bill as prevailing party in this action beyond the statutory period set forth in Federal Rule of Civil Procedure 54-292 and no later than January 12, 2009.

Dated: January 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE